Arnold D. BRANCHAUD
v.
Albert BIAGI et al.
No. 17450.

United States Court of Appeals
Eighth Circuit.
Dec. 10, 1963.

John S. Connolly, St. Paul, Minn., for appellant.

William B. Randall, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

DeSOTO HOTEL & BATHS, INC.
v.
TRI STATE INS. CO.
No. 17443.

United States Court of Appeals
Eighth Circuit.
Dec. 9, 1963.

Richard A. Williams and Edward Lester, Little Rock, Ark., for appellee.

Q. Byrum Hurst, Curtis L. Ridgway, Jr., Hot Springs, and Guy Amsler, Jr., Little Rock, Ark., for appellant.

PER CURIAM.

Appeal from District Court dismissed on motion of appellee.

JOHNSON READY MIX CO.
v.
NATIONAL LABOR RELATIONS BOARD.
No. 17350.

United States Court of Appeals
Eighth Circuit.
Dec. 4, 1963.

David W. Swarr, Robert K. Andersen and Edson Smith, Omaha, Neb., for petitioner.

Marcel Mallet-Prevost, Asst. Gen. Counsel N. L. R. B., for respondent.

PER CURIAM.

Order of Labor Board enforced on stipulation of parties.